**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **BILLY G. SNYDER,** | ) | **CASE NO. 1:25CV2470** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) | **<u>ORDER</u>** |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>CHRISTOPHER A. BOYKO, J</u>:**

On November 13, 2025, Plaintiff filed a Complaint pursuant to Title 42 U.S.C. § 405(g). (ECF DKT #1). The Court referred this matter to Magistrate Judge Jonathan D. Greenberg pursuant to Local Rule 72.2. On October 15, 2026, the Magistrate Judge recommended affirming the Commissioner's decision denying Plaintiff's application for a Period of Disability and Disability Insurance benefits under Title II of the Social Security Act. (ECF DKT #9). Plaintiff has not filed an objection.

Federal Rule of Civil Procedure 72 provides that objections to a report and recommendation must be filed within fourteen days after service. FED. R. CIV. P. 72(b). Plaintiff

has failed to timely file any such objections. Therefore, the Court must assume that Plaintiff is satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be duplicative and an inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd* 474 U.S. 140 (1985); *Howard v. Sec'y of Health & Human Serv.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

Therefore, Magistrate Judge Greenberg's Report and Recommendation is **ADOPTED** and the Commissioner's decision is **AFFIRMED**.

**IT IS SO ORDERED.**

**s/ Christopher A. Boyko**
**CHRISTOPHER A. BOYKO**
**United States District Judge**

**Dated: November 17, 2026**